UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LACEY MARK SIVAK,<br><br>             Plaintiff,<br><br>    v.<br><br>JAY CHRISTENSEN; VERNON GREENLAND, JR.; CARL HAYNES; B. CUPP; CYNTHIA MARTINEZ; and A. DEWAYNE SHEDD,<br><br>             Defendants. | Case No. 1:19-cv-00514-DCN<br><br>**ORDER** |

**IT IS ORDERED:**

1. Plaintiff's Motion for Court to Enforce Ninth Circuit Court Order (Dkt. 37) is DENIED, as there is no Ninth Circuit order that is inconsistent with this Court's orders and judgment in this case.

2. Nothing further may be filed in this closed case. Filings made in contravention of this Order may be stricken, summarily denied, or returned to the party unfiled.

DATED: May 19, 2020

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1